UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINDEN PICTURES, INC., <br><br>                   Plaintiff, <br><br>                   -v.- <br><br> ATHLON SPORTS COMMUNICATIONS, INC., <br><br>                   Defendant. | 20 Civ. 476 (KPF) <br><br> ORDER |

KATHERINE POLK FAILLA, District Judge:

    The Court understands that the parties will file a voluntary stipulation of dismissal with prejudice. Accordingly, the initial pretrial conference currently scheduled for April 28, 2020, is hereby ADJOURNED *sine die*.

    SO ORDERED.

Dated:    April 27, 2020
              New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge